**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**Western Division**

| | | |
|---|---|---|
| SHARI ELSA BANKHARDT,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | ) | Civ. Act. No: 2:25-cv-02462-SK<br>Magistrate Judge Steve Kim |

**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $9,211.37, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation. Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees approved to be made directly Karl E. Osterhout, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

Dated: October 16, 2026

Hon. Steve Kim
United States Magistrate Judge